**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

August 27, 2014

**By ECF**

Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Israel Reyes**
**14 Cr. 483 (LAP)**

Dear Judge Preska:

As counsel to Israel Reyes, I write to respectfully request that the Court modify his bail conditions to permit him to take his three children to their first day of school on September 4, 2014, in the Bronx. The Government (AUSA Brendan Quigley) consents to this request.

Mr. Reyes is charged in a narcotics conspiracy. He is released on a set of bail conditions including home incarceration with electronic monitoring. He has three children, ages 11 through 5, who are all starting school on September 4. The two oldest children attend one school, and the youngest child attends another. Mr. Reyes would like permission to leave his home between 7:30 and 10:00 a.m. to take the children to their respective schools and then return home immediately thereafter. As noted, the Government consents to this request.

Honorable Loretta A. Preska  August 27, 2014
United States District Judge
Southern District of New York

Re:   United States v. Israel Reyes
      14 Cr. 483 (LAP)

Thank you for your consideration of this matter.

                                              Sincerely,

                                              /s/ Jonathan Marvinny
                                              Jonathan Marvinny
                                              Assistant Federal Defender
                                              (212) 417-8792

cc:   Brendan Quigley, Esq.