

203 EAST POST ROAD, WHITE PLAINS, NEW YORK 10601   TELEPHONE 845-704-7777   FACSIMILE 877-607-5419
NEW YORK • VANCOUVER • VICTORIA • CALGARY • EDMONTON • REGINA • SASKATOON • TORONTO • MONTREAL

September 12th, 2014

**BY CM/ECF**

The Honorable Loretta A. Preska
Chief Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re:    United States v. Israel Reyes
                Docket No. 14-CR-483 (LAP)

Dear Judge Preska:

Please be advised that we have been retained by Israel Reyes to represent him in the above-captioned case. We respectfully request that the Court permit us to substitute as counsel. We will be filing an electronic notice of appearance separately.

    Respectfully,

    Merchant Law Group LLP

    By: _____
           Daniel DeMaria, Esq.

cc:    **BY CM/ECF**

        Brendan Francis Quigley
        Assistant United States Attorney

        Jonathan Andrew Marvinny
        Federal Defenders of New York, Inc. (NYC)