

**MERCHANT LAW GROUP LLP**

203 EAST POST ROAD, WHITE PLAINS, NEW YORK 10601   TELEPHONE 845-704-7777   FACSIMILE 877-607-5419
NEW YORK • VANCOUVER • VICTORIA • CALGARY • EDMONTON • REGINA • SASKATOON • TORONTO • MONTREAL

September 12th, 2014

BY CM/ECF

The Honorable Loretta A. Preska
Chief Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-17-14*

    Re:   United States v. Israel Reyes
            Docket No. 14-CR-483 (LAP)

Dear Judge Preska:

Please be advised that we have been retained by Israel Reyes to represent him in the above-captioned case. We respectfully request that the Court permit us to substitute as counsel. We will be filing an electronic notice of appearance separately.

Respectfully,

Merchant Law Group LLP

By: _Daniel D___
Daniel DeMaria, Esq.

*SO ORDERED
Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
September 16, 2014*

cc:   BY CM/ECF

Brendan Francis Quigley
Assistant United States Attorney

Jonathan Andrew Marvinny
Federal Defenders of New York, Inc. (NYC)