```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                     :
UNITED STATES OF AMERICA             :    ORDER
                                     :
          - v. -                     :    S1 14 Cr. 483 (LAP)
                                     :
ISRAEL REYES, a/k/a "PC,"            :
ALFREDO SANCHEZ, a/k/a "Gordo,"      :
ALEXANDER MORILLO,                   :
JUAN PIMENTEL, a/k/a "Lolo,"         :
JEFFERY DUKES,                       :
JOSE CRUZ, a/k/a "Show,"             :
and                                  :
JOSMARIL RODRIGUEZ,                  :
                                     :
          Defendants.                :
                                     :
------------------------------------X
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Preet Bharara, by Assistant United States Attorney Brendan F. Quigley;

It is found that the Indictment in the above-captioned action, S1 14 Cr. 483, is currently sealed, and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

ORDERED that the Indictment, S1 14 Cr. 483, in the above-

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 0 8 2014

captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:   New York, New York
         December 8, 2014

_____
THE HONORABLE KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK