UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
|  | ) | **ECF CASE** |
| UNITED STATES OF AMERICA | ) |  |
|  | ) | **NOTICE OF APPEARANCE AND REQUEST** |
| v. | ) | **FOR ELECTRONIC NOTIFICATION** |
|  | ) | **14 Cr. 483 (LAP)** |
| ISRAEL REYES ET AL., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

TO:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                                  Respectfully submitted,

                                                  PREET BHARARA
                                                  United States Attorney for the
                                                  Southern District of New York

Dated:   March 16, 2015
        New York, New York

                                                  By: /s/ Shawn G. Crowley
                                                     Shawn G. Crowley
                                                     Assistant United States Attorney
                                                     (212) 637-1034