

**MERCHANT**
LAW GROUP LLP

75 SOUTH BROADWAY, SUITE 409, WHITE PLAINS, NEW YORK 10601   TELEPHONE 212-658-1455   FACSIMILE 877-607-5419
NEW YORK • VANCOUVER • VICTORIA • CALGARY • EDMONTON • REGINA • SASKATOON • TORONTO • MONTREAL

**VIA ECF/CM**

March 9th, 2015

The Honorable Loretta A. Preska
Chief Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007



Re:   United States v. Israel Reyes et al.
      Docket No. 14-CR-483 (LAP)

Dear Judge Preska:

On March 5th, 2015, Attorney Daniel Ollen advised me that he was retained to take over Mr. Reyes' representation and that he would be filing a notice of appearance with the Court. Mr. Ollen further advised me not to file any motions. While Mr. Ollen has filed a notice of appearance in this matter, he has not yet filed a motion to substitute and it appears that I am therefore still listed as attorney of record for Mr. Reyes.

① In circumstances where Mr. Reyes has retained new counsel, I write to respectfully request that the motion filing deadline be extended by one month so that Mr. Ollen can familiarize himself with the file.

I have not been able to get a hold of Mr. Quigley to see whether the Government consents to this extension.

The Court previously granted Mr. Reyes a one week extension in this matter.

Respectfully,

Merchant Law Group LLP

By: _____
      Daniel DeMaria

② Time is excluded until the filing deadline in the interests of justice.

So ordered
Loretta A. Preska
USDJ
March 11, 2015