**Rubia**

iMessage
Mon, Jun 23, 11:50 PM

Lj-2-100
Buzz-2-100
Rob-2-100
Unk-60-2100
Mike-13-650
Show-8-350
Buggie man-2-100
Green eyes-4-200
Fat tato-8-360
Zee-6-300

D-10-450
Bori-5-250
Primo-3-135
Terry moe-14-690
Rockstart-22-900
Arabic-2-200
Brown wife-5-225
Gate-3-150
Rick-6-270

< Messages    **Rubia**    Contact

> Rick-6-270
> Buggie man-2-100
>
> Jlite-6-290
> Jum-2-100
> Bush yo-5-225
> Magic-10-450
> Chris-11-450
> Kelly-20-900
> Jose-3-100
> Skip-5-250
> Santino-2-100
> Buzz-2-100
>
> Terry ct-30-1260
> Turk wife -11-400
> Buzzy-5-250
> Bush yo-3-135

Wed, Jun 25, 12:18 AM



Messages — Rubia — Contact

Wed, Jun 25, 12:15 AM

Jean-2-100
Primo-4-200
Mike-12-600
D-4-200
Evelin-2-100
Rob-2-100
Show-6-300
 wife-7-325
Arabic-4-200
Bush yo-5-225

Buggie-4-200
Show man-8-400
Skip-5-250
Rick-8-360
Buzz-2-100
Buggie-2-100
Jlite-6-300
Jum-2-100
Chris-10-450
Hawk-2-100





••ooo T-Mobile LTE   11:21 AM   18% 

 Messages   **Rubia**   Contact

> Hawk-2-100
>
> Rob-2-100
> Kelly-21-900
> Gate-3-150
> Jose-2-100
> Brown wife-2-100
> D-4-200
> Bush yo-3-135
> Ak-2-100
> Just-14-625
> Green eyes-12-495
>
> Lite-2-100
> Red-19-900
> Skynni tato-6-270
> Santino-4-190

Sun, Jun 29, 12:52 AM

> Santino-3-150
> Rock-8-320
> Jean-2-100

iMessage   Send





‹ Messages    **Rubia**    Contact

Sun, Jun 29, 12:52 AM

Santino-3-150
Rock-8-320
Jean-2-100
 Bory-3-150
Rob-3-150
Buzzy-5-240
Lite-2-100
Show-5-245
Bush yo-6-270
Jose-2-100

Rick-3-135
Sin-6-300
Magic-10-450
Jean-2-100
Brown wife-6-250
Jum-2-100
Skinny tato -10-450
Moe-3-150
Jlite-9-450
Buggie-2-100

iMessage    Send

