UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | |
|---|---|
| -against- | No. 14-CR-483 (LAP) |
| ISRAEL REYES, | ORDER |
| Defendant. | |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendant Israel Reyes's motion for compassionate release [dkt. no. 304] based on the ongoing COVID-19 pandemic.  The Government shall respond to Mr. Reyes's motion no later than January 15, 2021.  Mr. Reyes may file a reply by no later than February 15, 2021.  Because Mr. Reyes's petition is straightforward, his request for appointment of counsel is DENIED.  The Clerk of the Court shall mail a copy of this order to Mr. Reyes.

**SO ORDERED.**

Dated:    December 16, 2020
           New York, New York

                                        */s/ Loretta A. Preska*
                                        LORETTA A. PRESKA
                                        Senior United States District Judge