UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>ISRAEL REYES,<br><br>                    Defendant. | No. 14-CR-483 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

By order dated December 16, 2020, (see dkt. no. 307), the Court ordered the Government to respond to Defendant's motion for compassionate release no later than January 15, 2021.  To the extent that the Government wishes to respond, it shall do so no later than March 9, 2021.  Thereafter, the motion shall be considered sub judice.

**SO ORDERED.**

Dated:    February 23, 2021
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1